```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
 6
 7
                   UNITED STATES DISTRICT COURT
 8
                  EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    ) 1:10-cr-00353 OWW
11                               )
               Plaintiff,        ) STIPULATION AND ORDER THEREON
12                               ) FOR CONTINUANCE
               v.                )
13                               )
    ISRAEL ARMAS RAMIREZ,        )
14  ASCENCION ARMAS RAMIREZ,     )
       aka Juan Garcia,          )
15     aka Jose Armas,           )
       aka Asunsion Rodriguez, and )
16  LORENZO SEGUNDO GALLEGOS,    )
       aka Misael Gallegos,      )
17     aka Joaquin Gallegos,     )
       aka Pablo Segundo,        )
18                               )
               Defendants.       )
19  _____)
```

Defendants ISRAEL ARMAS RAMIREZ, ASCENCION ARMAS RAMIREZ, aka Juan Garcia, aka Jose Armas, aka Asunsion Rodriguez, and LORENZO SEGUNDO GALLEGOS, aka Misael Gallegos, aka Joaquin Gallegos, aka Pablo Segundo,  by and through their respective attorneys, DAVID TORRES, JON RENGE and PETER M. JONES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that Status Conference set for May 9, 2011, be continued to May 31, 2011 at

9:00 a.m. due to the unavailability of counsel for the government, who is on medical leave following knee replacement surgery.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation and review of discovery materials, plea negotiations, availability of counsel, and the filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: May 5, 2011                  Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

Dated: May 5, 2011                  /s/ David Torres
                                    DAVID TORRES
                                    Attorney for Defendant
                                    ISRAEL ARMAS RAMIREZ

Dated: May 5, 2011                  /s/ Jon Renge
                                    JON RENGE
                                    Attorney for Defendant
                                    ASCENCION ARMAS RAMIREZ

Dated: May 5, 2011                  /s/ Peter M. Jones
                                    PETER M. JONES
                                    Attorney for Defendant
                                    LORENZO SEGUNDO GALLEGOS

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the status conference currently set in this matter for May 9 at 9:00 a.m., shall be continued to May 31, 2011, at 9:00 a.m.

THE COURT FURTHER FINDS based on the reasons articulated by

1 the parties that the continuance in the "ends of justice"
2 outweighs the interest of the public and defendant in a speedy
3 trial under the Speedy Trial Act and the intervening period of
4 delay shall be excluded in the interests of justice pursuant to
5 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
6 IT IS SO ORDERED.
7 **Dated:   May 6, 2011**                               **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE