**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ISRAEL ARMAS RAMIREZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ISRAEL ARMAS RAMIREZ,<br>ASCENCION ARMAS RAMIREZ,<br>& LORENZO SEGUNDO GALLEGOS,<br><br>　　　　　Defendants, | Case No.: 10-CR-000353 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND KAREN ANN ESCOBAR, UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, ISRAEL ARMAS RAMIREZ by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for June 27, 2011 be continued to July 18, 2011 at 9:00 a.m., or a date convenient to court and counsel.

　　This is a mutual agreement between myself, co-counsel, Jon Kioshi Renge, co-counsel Peter Michael Jones and United States Attorney Karen Ann Escobar. All defense counsel are requesting one further opportunity to a plea agreement. We are hopeful that we can resolve this matter.

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be continued to July 18, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 6/23/11           /s/ David A. Torres
                         DAVID A. TORRES
                         Attorney for Defendant
                         ISRAEL ARMAS RAMIREZ

Dated: 6/23/11           /s/ Jon Kiyoshi Renge
                         JON KIYOSHI RENGE
                         Attorney for Defendant
                         ASCENCION ARMAS RAMIREZ

Date: 6/23/11            /s/ Peter Michael Jones
                         PETER MICHAEL JONES
                         Attorney for Defendant
                         LORENZO SEGUNDO GALLEGOS

Dated: 6/23/11           /s/ Karen Ann Escobar
                         KAREN ANN ESCOBAR
                         U. S. Attorney

# ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   June 23, 2011**           /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE