BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00353-LJO |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ASCENCION ARMAS RAMIREZ, and ISRAEL ARMAS RAMIREZ | ) ) | |
| | ) | |
| Defendants. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendants Ascencion Armas Ramirez and Israel Armas Ramirez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a)(2), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), defendants Ascencion Armas Ramirez and Israel Armas Ramirez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.  Browning Arms 9 millimeter semi-automatic pistol, and

   b.  SKS 7.62 x 39 caliber semi-automatic rifle.

1    2.    The above-listed property constitutes property used, or
2 intended to be used, in any manner or part, to commit, or to
3 facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1),
4 841(b)(1)(A), 846, and 18 U.S.C. § 924(c)(1)(A)(i).
5    3.    Pursuant to Rule 32.2(b), the Attorney General (or a
6 designee) shall be authorized to seize the above-listed property.
7 The aforementioned property shall be seized and held by the United
8 States Department of Homeland Security, Customs and Border Protection
9 in their secure custody and control.
10    4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
11 § 853(n), and Local Rule 171, the United States shall publish notice
12 of the order of forfeiture.  Notice of this Order and notice of the
13 Attorney General's (or a designee's) intent to dispose of the
14 property in such manner as the Attorney General may direct shall be
15 posted for at least 30 consecutive days on the official internet
16 government forfeiture site www.forfeiture.gov.  The United States may
17 also, to the extent practicable, provide direct written notice to any
18 person known to have alleged an interest in the property that is the
19 subject of the order of forfeiture as a substitute for published
20 notice as to those persons so notified.
21          b.    This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60) days
24 from the first day of publication of the Notice of Forfeiture posted
25 on the official government forfeiture site, or within thirty (30)
26 days from receipt of direct written notice, whichever is earlier.
27    5.    If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final Order of

Application for Preliminary Order
of Forfeiture

Forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a)(2), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   April 6, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE