HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ISRAEL ARMAS RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ISRAEL ARMAS RAMIREZ,<br><br>              Defendant. | No.  Cr. F 10-353 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, ISRAEL ARMAS RAMIREZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On June 25, 2012, this Court sentenced Mr. Ramirez to 96 months on Count 1, for a violation of 21 U.S.C. §§ 841(a)(1), and 48 months on Count 5, for a violation of 18 U.S.C. § 924(c), to be served consecutively, for a total term of 144 months imprisonment;

3. His total offense level as to Count 1 was 23, his criminal history category was II, and the resulting guideline range was 120 months as to Count 1, and an additional mandatory 60 months as to Count 5, reduced to 144 months on the government's motion;

4. The sentencing range applicable to Mr. Ramirez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ramirez's total offense level has been reduced from 23 to 21, and his amended guideline range as to Count 1 is 41 to 51 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ramirez's term of imprisonment as to Count 1 to 72 months; with the sentence as to Count 5 to remain unchanged at 48 months, for a total term of 120 months.

Respectfully submitted,

Dated:  April 30, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/  *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   April 30, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
ISRAEL ARMAS RAMIREZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ramirez is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21 on Count 1, resulting in an amended guideline range of 41 to 51 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2012 is reduced to a term of 72 months on Count 1 and 48 months on Count 5, to be served consecutively, for a total term of 120 months imprisonment.

1   IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
2   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
3   reduction in sentence, and shall serve certified copies of the amended judgment on the United
4   States Bureau of Prisons and the United States Probation Office.
5   Unless otherwise ordered, Mr. Ramirez shall report to the United States Probation Office
6   within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **May 2, 2015**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE